IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERELL LEE WHATLEY,

    Plaintiff,             No. CIV S-09-0176 EFB P

    vs.

FORGAUH, et al.,

      Defendants.          <u>ORDER</u>

                            /

       Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. §1983.

       To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

       Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed *in forma pauperis*.

       Accordingly, plaintiff has 30 days from the date of service of this order to submit either the filing fee or the application required by § 1915(a). The Clerk of the Court is directed to mail

/////

/////

1

1  to plaintiff a form application for leave to proceed *in forma pauperis*. Failure to comply with
2  this order will result in this action being dismissed.
3      So ordered.
4  DATED: January 28, 2009.

                    EDMUND F. BRENNAN
                    UNITED STATES MAGISTRATE JUDGE