IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERRELL LEE WHATLEY,

      Plaintiff,                                  No. CIV S-09-0176 EFB P

      vs.

FORGAUH, et al.,

                                        ORDER

      Defendants.

                                   /

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent.  *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(1)-(2).

      On April 15, 2009, the court found that plaintiff's application to proceed in forma pauperis failed to contain the certified copy of the trust fund account statement required by 28 U.S.C. § 1915(a)(2).  The court ordered plaintiff either to file a completed in forma pauperis affidavit with the required certified trust account statement or pay the appropriate filing fee within 30 days, and warned him that failure to do so could result in this action being dismissed.

      The 30-day period has expired and plaintiff has not filed an in forma pauperis affidavit, paid the appropriate filing fee, or otherwise responded to that order.

1

Accordingly, this action is dismissed without prejudice.

Dated: June 8, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE